Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
TERESA MARTY

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-CR-00217-TLN |
| Plaintiff, | **REQUEST FOR WAIVER OF DEFENDANT'S PERSONAL PRESENCE (FRCP 43)** |
| vs. | |
| TERESA MARTY, | |
| Defendant. | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant Teresa Marty hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding n this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of her which the Court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if defendant were personally present, and further agrees to be present in court ready for trial any day and hour the Court may fix in her absence.

/ / / / /

/ / / / /

/ / / / /

**1**

**Request for Waiver of Defendant's Personal Presence**

Defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. sections 3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under that Act without defendant being present.

Dated: July 15, 2013      /s/ Teresa Marty
TERESA MARTY
(Original retained by attorney)

I agree with and consent to my client's waiver of appearance.

Dated: July 15, 2013      /s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
TERESA MARTY

## **ORDER**

I approve the above waiver of presence. IT IS SO ORDERED.

Dated: July 16, 2013

Troy L. Nunley
United States District Judge