Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 500
Sacramento, CA 95814

Telephone: (916) 443-1504
Fax: (916) 443-1511
Email: pcozens@aol.com

Attorney for Defendant Charles Tingler

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES TINGLER and VICTORIA TINGLER,<br><br>Defendants. | Case No. 2:13-cr-217 KJM<br><br>STIPULATION RE SENTENCING HEARING AND PROPOSED ORDER |

It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Matthew Segal, Esq. and Defendant Charles Tingler through his attorney Philip Cozens, Esq., and Defendant Victoria Tingler through her attorney David Fischer that:

The Sentencing Hearing currently scheduled for May 3, 2017 at 9:00 a.m. in Judge Mueller's Court be re-scheduled for May 31, 2017at 9:00 a.m. in Judge Mueller's Court. The stipulated continuance is necessary because Defendant Victoria Tingler's attorney is in trial in United States District Court and not available to appear for his client at sentencing.

Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time

should be excluded from speedy trial calculations from May 3, 2017 through and including May 31, 2017.

It is so stipulated.

Dated: April 28, 2017

/s/Matthew Segal, Esq.
Matthew Segal, Esq.
Assistant United States Attorney
Eastern District of California

/s/ Philip Cozens
Philip Cozens
Attorney for Defendant Charles Tingler

/s/ David Fischer
David Fischer
Attorney for Defendant Victoria Tingler

**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Sentencing Hearing currently scheduled for May 3, 2017 at 9:00 a.m. in Judge Mueller's Court be re-scheduled for May 31, 2017at 9:00 a.m. in Judge Mueller's Court. Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time will be excluded from speedy trial calculations from May 3, 2017 through and including May 31, 2017.

Dated:

______________________________

Kimberly Mueller
United States District Court Judge
Eastern District of California